IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA ROSS-RICHARDSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. |
| ) | |
| DANNY LEE FIELDS; ) | |
| SCOTT HAYNIE TRUCKING, ) | |
| INC, & BERKLEY NATIONAL ) | |
| INSURANCE COMPANY; ) | |
| ) | |
| Defendants. ) | |

## **PETITION FOR REMOVAL**

COMES NOW defendant Danny Lee Fields ("defendant Fields"), by and through counsel, and by way of special appearance, without waiving but specifically reserving all jurisdictional defenses available to him, and hereby files this Petition for Removal of the above-styled action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

1.

Plaintiff initiated this action in the State Court of Cobb County, Georgia, where it was styled *Donna Ross-Richardson v. Danny Lee Fields; Scott Haynie Trucking, Inc., and Berkley National Insurance Company*, Civil Action Number 23-A-1609. (Exhibit A, all State Court processes, pleadings and orders).

2.

Plaintiff's pre-suit demand requested $150,000 in order to settle all of her claims, showing the amount in controversy exceeds $75,000 for federal court jurisdiction under 28 U.S.C. § 1332(a). (Exhibit B, Plaintiff's Demand).

3.

Plaintiff is a citizen of Fulton County, Georgia (Compl. ¶3).

4.

Defendant Fields is a resident and citizen of the state of North Carolina (Compl. ¶4)

5.

Scott Haynie is a foreign corporation company registered in the State of North Carolina, with its principal place of business located at 262 McLean Road, Marshall, North Carolina, 28753 (Compl. ¶13) and is therefore a citizen of North Carolina.

6.

Berkley is foreign insurance company incorporated in Iowa, with a principal place of business located at 11201 Douglas Avenue, Urbandale, Iowa 50322 and is therefore a citizen of Iowa (Compl. ¶22).

7.

There is complete diversity of citizenship between plaintiff and all defendants.

8.

All named defendants have consented in the removal to federal court.

9.

Because this action was brought in the State Court of Cobb County, it is properly removed to the Atlanta Division of the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. §§ 1441(a) and 1446.

10.

Defendant Fields filed with the Clerk of Court for the State Court of Fulton County a Notice of Filing Petition for Removal pursuant to 28 U.S.C. § 1446(d), attached hereto as Exhibit C.

WHEREFORE, defendant Fields requests that this Court allow the removal of this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted this 21st day of November, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126

*/s/ Aaron P. Miller*
AARON P. MILLER
Georgia Bar No. 898190

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 - Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
amiller@fmglaw.com

*Counsel for Defendant Danny Lee Fields*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing *PETITION FOR REMOVAL* to the Clerk of Court using the *CM/ECF* filing system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

> Adewale Odentunde
> Janelle Zabresky
> WLG ATLANTA, LLC
> Bank of America Plaza
> 600 Peachtree Street NE, Suite 4010
> Atlanta, GA 30308
> Adewale.Odetunde@witheritelaw.com
> Janelle.Zabresky@witheritelaw.com

This 21st day of November, 2023.

> */s/ Marc H. Bardack*
> MARC H. BARDACK
> Georgia Bar No. 037126
>
> *Counsel for Defendant Danny Lee Fields*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 - Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com