# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA ROSS-RICHARDSON** | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | **CIVIL ACTION NO.** |
| | § | **1:23-CV-05349** |
| **DANNY LEE FIELDS;** | § | |
| **SCOTT HAYNIE TRUCKING,** | § | |
| **INC.; AND** | § | |
| **BERKLEY NATIONAL** | § | |
| **INSURANCE COMPANY;** | § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

Respectfully submitted this 4th day of April, 2024.

**Consented to and prepared by:**

WLG ATLANTA, LLC

*/s/ Janelle Zabresky*
Janelle E. Zabresky
Georgia State Bar No. 385383

600 Peachtree Street, NE, Suite 4010
Atlanta, GA 30308
Telephone: 404-905-6020
Facsimile:  404-905-6020
E-Mail:    Janelle.Zabresky@Witheritelaw.com

*Attorney for Plaintiff*



**Consented to by:**
**/s/ *Marc H. Bardack*  (with express permission)**
Marc H. Bardack
Aaron P. Miller
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000 Telephone
(833) 330-3669 Facsimile
Mbardack@fmglaw.com
Amiller@fmglaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE WITH N.D.GA. LOCAL RULE 5.1B**

This is to certify that this pleading was created in Times New Roman 14 point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 4th day of April, 2024.

                WLG ATLANTA, LLC

                */s/ Janelle Zabresky*
                Janelle E. Zabresky
                Georgia State Bar No. 385383
                *Attorney for Plaintiff*

600 PEACHTREE STREET, NE, SUITE 4010
ATLANTA, GA 30308
TELEPHONE: 404-905-6020
FACSIMILE:  404-905-6020
E-MAIL:    JANELLE.ZABRESKY@WITHERITELAW.COM